UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS §<br>§<br>**Plaintiff** §<br>§<br>VS. §<br>§<br>DELTA LEASE INVESTMENT, LLC §<br>§<br>**Defendant** § | **CIVIL ACTION NO. 5:20-cv-00225** |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: October 7, 2021        Respectfully,

By:   */s/ R. Bruce Tharpe*
           R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF JOSH LIMAS

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 10/07/2021.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe